# UNITED STATES DISTRICT COURT

Eastern District of Massachusetts

NEW MILLENNIUM MEAT CORP. a/k/a
NEW MILLENNIUM MEATS CORP. a/k/a
NEW MILLENNIUM MEATS CORPORATION
a/k/a NEW MILLENNIUM MEAT INC.
                Plaintiff
    V.

CAMBRIDGE PACKING COMPANY a/k/a
CAMBRIDGE PACKING CO, INC.
                Defendant

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

**04-11488 NG**

TO: (Name and address of Defendant)

CAMBRIDGE PACKING COMPANY a/k/a CAMBRIDGE PACKING CO, INC.
41-43 Foodmart Road, Boston, Massachusetts

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kellie A. Dunn, Esquire
LAW OFFICE OF KELLIE A. DUNN
P.O. Box 522
Chelmsford, MA 01824

Telephone: (978) 804-6687 / Facsimile: (978) 446-9197

an answer to the complaint which is served on you with this summons, within __twenty (20)__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS                          6-30-04
CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE



**Suffolk County Sheriff's Department** • 45 Bromfield Street • Boston, MA 02108 • (617) 989-6999

July 23, 2004

*Suffolk, ss.*

I hereby certify and return that on 7/19/2004 at 8:37AM I served a true and attested copy of the Summons, Complaint and Cover Sheet in this action in the following manner: To wit, by delivering in hand to Dominic Messina, for Cambridge Packing Company, aka Cambridge, at c/o Bruce Rodman, or Alan Roberts, 41-43 Foodmart Road, Boston, MA 02105. U.S. District Court Fee ($5.00), Basic Service Fee (IH) ($30.00), Travel ($1.00), Postage and Handling ($1.00), Attest/Copies ($5.00) Total Charges $42.00

Deputy Sheriff    Robert Foscaldo

_____
Deputy Sheriff

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____    _____
              Date              Signature of Server

              _____
              Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.