UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Case No. 04-11488NG

| | |
|---|---|
| NEW MILLENNIUM MEAT CORP. a/k/a<br>NEW MILLENNIUM MEATS CORP. a/k/a<br>NEW MILLENNIUM MEATS<br>CORPORATION a/k/a NEW MILLENNIUM<br>MEAT INC., | )<br>)<br>)<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| V. | )<br>) |
| CAMBRIDGE PACKING COMPANY<br>a/k/a CAMBRIDGE PACKING CO., INC., | )<br>)<br>) |
| Defendant. | |

## NOTICE OF DISMISSAL

Pursuant to Fed. R. of Civ. P. 41(a)(1), the plaintiff New Millennium Meat Corp. a/k/a

New Millenium Meats Corp. a/k/a New Millenium Meats Corporation a/k/a/New Millenium

Meat Inc. (hereinafter collectively referred to as New Millennium) hereby dismisses all claims in

this action with prejudice and without costs, all rights of appeal waived.

NEW MILLENNIUM MEAT CORP. a/k/a
NEW MILLENNIUM MEATS CORP. a/k/a
NEW MILLENNIUM MEATS
CORPORATION a/k/a NEW MILLENNIUM
MEAT INC.

By its attorney,

Kellie A. Dunn BBO# 561301
Law Office of Kellie A. Dunn
P.O. Box 522
Chelmsford, MA 01824
978-804-6687

DATED: _____

207238.1